

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/GK/DAS                                         *271 Cadman Plaza East*
F. #2021R00900                                     *Brooklyn, New York 11201*

February 23, 2023

<u>By ECF and E-mail</u>

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Carlos Watson and Ozy Media, Inc., No. 23-CR-82 (MKB)
              United States v. John Doe, No. 23-CR-47 (EK)
              <u>United States v. Jane Doe, No. 23-CR-48 (EK)</u>

Dear Judge Pollak:

        The government respectfully moves for orders:

1. Unsealing <u>United States v. Watson and Ozy Media, Inc.</u>, No. 23-CR-82 (MKB) ("<u>Watson</u>") in its entirety;

2. In <u>United States v. John Doe</u>, No. 23-CR-47 (EK) ("<u>John Doe</u>"), replacing the name "John Doe" with the name "Samir Rao" on the docket and unsealing the Information (ECF Dkt. No. 8), the Waiver of Indictment (ECF Dkt. No. 9), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 10), and the transcript of the guilty plea hearing on February 21, 2023; and

3. In <u>United States v. Jane Doe</u>, No. 23-CR-48 (EK) ("<u>Jane Doe</u>"), replacing the name "Jane Doe" with the name "Suzee Han" on the docket and unsealing the Information (ECF Dkt. No. 7), the Waiver of Indictment (ECF Dkt. No. 6), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 8), and the transcript of the guilty plea hearing on February 14, 2023.

        The individual defendant in <u>Watson</u> has been arrested and there is no longer a need to keep that matter under seal.  Further, in light of the arrest of the defendant in <u>Watson</u>, there is no longer a need to conceal the identities of the defendants in <u>John Doe</u> and <u>Jane Doe</u> or

the materials in those cases listed above.  Three proposed orders, one for each case, are enclosed for the Court's consideration.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Jonathan Siegel
      Jonathan Siegel
      Assistant U.S. Attorney
      (718) 254-6293

Enclosures

cc:   Clerk of Court (by ECF)

JRS/GK/DAS
F.# 2021R00900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CARLOS WATSON and
OZY MEDIA, INC.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 23-82 (MKB)

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel, for an order unsealing the above-captioned matter in its entirety.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           _____, 2023

                                                          HONORABLE CHERYL L. POLLAK
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          EASTERN DISTRICT OF NEW YORK

JRS/GK/DAS
F.# 2021R00900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 23-47 (EK)

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel, for an order replacing the name "John Doe" with the name "Samir Rao" on the docket and unsealing the Information (ECF Dkt. No. 8), the Waiver of Indictment (ECF Dkt. No. 9), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 10), and the transcript of the guilty plea hearing on February 21, 2023.

        WHEREFORE, it is ordered that the name "John Doe" shall be replaced with the name "Samir Rao" on the docket and the Information (ECF Dkt. No. 8), the Waiver of Indictment (ECF Dkt. No. 9), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 10), and the transcript of the guilty plea hearing on February 21, 2023 shall be unsealed.

Dated:    Brooklyn, New York
              _____, 2023

                                                         _____
                                                         HONORABLE CHERYL L. POLLAK
                                                         UNITED STATES MAGISTRATE JUDGE
                                                         EASTERN DISTRICT OF NEW YORK

JRS/GK/DAS
F.# 2021R00900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JANE DOE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 23-48 (EK)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel, for an order replacing the name "Jane Doe" with the name "Suzee Han" on the docket and unsealing the Information (ECF Dkt. No. 7), the Waiver of Indictment (ECF Dkt. No. 6), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 8), and the transcript of the guilty plea hearing on February 14, 2023.

WHEREFORE, it is ordered that the name "Jane Doe" shall be replaced with the name "Suzee Han" on the docket and the Information (ECF Dkt. No. 7), the Waiver of Indictment (ECF Dkt. No. 6), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 8), and the transcript of the guilty plea hearing on February 14, 2023 shall be unsealed.

Dated:    Brooklyn, New York
            _____, 2023

                                            _____
                                            HONORABLE CHERYL L. POLLAK
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK